

CAUSE NO. 12-14-00004-CR
IN THE COURT OF APPEALS
TWELFTH COURT OF APPEALS DISTRICT
TYLER, TEXAS

| | | |
|---|---|---|
| **TREAVER ALLRED,**<br>**APPELLANT** | } | **APPEALED FROM 217TH DISTRICT COURT** |
| **V.** | } | **IN AND FOR** |
| **THE STATE OF TEXAS,**<br>**APPELLEE** | } | **ANGELINA COUNTY, TEXAS** |

## ORDER

ON THIS DAY, after reviewing the materials filed in this appeal, the Court has concluded that this cause should be remanded to the trial court.

IT IS THEREFORE ORDERED that this cause be remanded to the trial court for a hearing on the status of the portion of the reporter's record for which Regina Grant is the responsible reporter. *See* TEX. R. APP. P. 35.3(c).

IT IS FURTHER ORDERED that the trial court shall determine whether this portion of the record has been lost or destroyed and make findings in accordance with Texas Rule of Appellate Procedure 34.6(f).

IT IS FINALLY ORDERED that once findings are made in accordance with Texas Rule of Appellate Procedure 34.6(f), a supplemental reporter's record of the hearing and a supplemental clerk's record containing the court's findings of fact and conclusions of law and any appropriate order(s) attendant thereto be certified to this Court on or before **Wednesday, August 6, 2014.**

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this this 22nd day of July 2014, A.D.



CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: _____

Ashley Yount, Deputy Clerk